UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| _____ | : | |
| THIS DOCUMENT RELATES TO: | | **JURY TRIAL DEMANDED** |

WILLIAM FRANKLIN DUNN, JR.

JOINT CASE NO.: 2:16-cv-06743

## SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, William Franklin Dunn, Jr., is identified more fully in Paragraph 4 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at Travis County, Texas.

4. The Xarelto User resided at Dallas County, Texas at the time of death.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is a listing of individual case captions for all Plaintiffs named in the Joint Complaint.

Dated: June 7, 2016                    /s/ Neil D. Overholtz
                                       Florida Bar No.: 0188761
                                       Aylstock, Witkin, Kreis & Overholtz, PLLC
                                       17 East Main Street, Suite 200
                                       Pensacola, FL 32502-5998
                                       Telephone: (850) 202-1010
                                       Fax: (850) 916-7449
                                       noverholtz@awkolaw.com
                                       *Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of June 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record.

/s/ Neil D. Overholtz